## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01335-JLK

THE PHILIP T. SHARPLES TRUST, by and through its trustees, the COLORADO STATE BANK AND TRUST, a wholly owned subsidiary of BOKF, NA, a national banking association, and the WYOMING BANK AND TRUST, a Wyoming corporation,

    Plaintiff,

v.

BILL BARRETT CORPORATION, a Delaware corporation;
ENCORE ENERGY PARTNERS OPERATING, LLC, a Texas limited liability company;
VANGUARD NATURAL RESOURCES, LLC, a Delaware limited liability company;
TEOCALI ENERGY, LLC, a Colorado limited liability corporation;
CITIBANK, N.A., a national banking association; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER DISMISSING DEFENDANT CITIBANK, N.A. WITH PREJUDICE

THE COURT having reviewed the Stipulated Motion to Dismiss With Prejudice (Doc. 26) pursuant to Fed.R.Civ.P. 41(a) and being fully advised in the premises, DOES HEREBY ORDER that all Plaintiff's claims against Defendant Citibank, N.A., are DISMISSED WITH PREJUDICE, with each party to pay its own attorney fees and costs.

                                      BY THE COURT:

Dated: September 17, 2015      ***s/John L. Kane***
                                          SENIOR U.S. DISTRICT JUDGE