**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 15-cv-01335-JLK

THE PHILIP T. SHARPLES TRUST, by and through its trustees, the COLORADO STATE BANK AND TRUST, a wholly owned subsidiary of BOKF, NA, a national banking association, and the WYOMING BANK AND TRUST, a Wyoming corporation,

    Plaintiff,

v.

BILL BARRETT CORPORATION, a Delaware corporation;
ENCORE ENERGY PARTNERS OPERATING, LLC, a Texas limited liability company;
VANGUARD NATURAL RESOURCES, LLC, a Delaware limited liability company;
TEOCALI ENERGY, LLC, a Colorado limited liability corporation;
and ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION

    Defendants.

---

**ORDER AND DECREE**

---

This matter comes before the Court pursuant to Defendant Teocali Energy, LLC's Motion (Doc. 25) and Amended Motion for Judgment on the Pleadings (Doc. 28), as well as the Stipulation of Plaintiff and the Defendant Teocali to the Motion and Amended Motion (Doc. 30). The Court, having reviewed the Complaint, the Answers, the Motion and the Amended Motion, and the Stipulation and therefore being advised in the premises enters the following Order.

**It is hereby Ordered**, **Adjudicated and Decreed** that Defendant Teocali Energy, LLC, a Colorado Limited Liability Company, has no right, title, interest, estate or

claim of any kind whatsoever in or to that certain U.S. Department of Interior, Bureau of Land Management Oil and Gas Lease described as:

> U.S. Oil and Gas Lease WYW-173564
> Township 34 North, Range 88 West, 6th P.M.
> Section 4: SW
> Section 5: S2
> Section 5: Lot 1
> Section 7: E2
> Section 7: Lot 3, 4, 7, 8
> Section 8: NE
> Section 9: All

containing 1,859.04 acres, more or less, in Natrona County, Wyoming, (the "Lease") superior in any manner to the right, title or interest of the Plaintiff.

**It is Further Ordered, Adjudicated and Decreed** that Defendant Teocali Energy, LLC, is forever barred and enjoined from asserting any such superior title to the Lease.

**And finally, pursuant to the parties' stipulation, it is Ordered, Adjudicated and Decreed** that Teocali Energy, LLC shall be dismissed from this action with prejudice, and the Plaintiff and Teocali Energy, LLC shall each bear their own attorney fees and costs as incurred herein.

In light of Teocali Energy, LLC's dismissal from this action, Teocali's Motions for Judgment (Docs. 25 & 28) are DENIED AS MOOT.

Dated this 24th day of September, 2015.

By the Court:

*/s/ John L. Kane*
_____
John L. Kane, Senior Judge
United States District Court