# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01335-JLK

THE PHILIP T. SHARPLES TRUST, by and through its trustees, the COLORADO STATE BANK AND TRUST, a wholly owned subsidiary of BOKF, NA, a national banking association, and the WYOMING BANK AND TRUST, a wyoming corporation,

    Plaintiff,

v.

BILL BARRETT CORPORATION, a Delaware corporation;
ENCORE ENERGY PARTNERS OPERATING, LLC, a Texas limited liability company;
VANGUARD NATURAL RESOURCES, LLC, a Delaware limited liability company;
TEOCALI ENERGY, LLC, a Colorado limited liability corporation;
AND ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order And Decree of Judge John L. Kane entered on September 24, 2015 it is

ORDERED, ADJUDICATED and DECREED that Defendant Teocali Energy, LLC, a Colorado Limited Liability Company, has no right, title, interest, estate or claim of any kind whatsoever in or to that certain U.S. Department of Interior, Bureau of Land Management Oil and Gas Lease described as:

U.S. Oil and Gas Lease WYW-173564

Township 34 North, Range 88West, 6th P.M. Section 4: SW

Section 5: S2

Section 5: Lot 1

Section 7: E2

Section 7: Lot 3, 4, 7, 8

Section 8: NE

Section 9: All

containing 1,859.04 acres, more or less, in Natrona County, Wyoming, (the "Lease") superior in any manner to the right, title or interest of the Plaintiff. It is

FURTHER ORDERED, ADJUDICATED and DECREED that Defendant Teocali Energy, LLC, is forever barred and enjoined from asserting any such superior title to the Lease.  It is

FURTHER ORDERED, ADJUDICATED and DECREED that Teocali Energy, LLC shall be dismissed from this action with prejudice, and the Plaintiff and Teocali Energy, LLC shall each bear their own attorney fees and costs as incurred herein.  In light of Teocali Energy, LLC's dismissal from this action, Teocali's Motions for Judgment (Docs. 25 & 28) are DENIED AS MOOT.

Dated at Denver, Colorado this 24th day of September, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Bernique Abiakam

Bernique Abiakam
Deputy Clerk