FOIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01335-JLK

THE PHILIP T. SHARPLES TRUST, by and through its trustees, the COLORADO STATE BANK AND TRUST, a wholly owned subsidiary of BOKF, NA, a national banking association, and the WYOMING BANK AND TRUST, a Wyoming corporation,

    Plaintiff,

v.

BILL BARRETT CORPORATION, a Delaware corporation;
ENCORE ENERGY PARTNERS OPERATING, LLC, a Texas limited liability company;
VANGUARD NATURAL RESOURCES, LLC, a Delaware limited liability company; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Motion to Modify the Scheduling Order (Doc. 37), and the Court being fully advised in the premises, HEREBY GRANTS the motion. The Scheduling Order dated October 27, 2015, is amended to reflect the following new deadlines:

- **Expert witness disclosure:**   **March 7, 2016**
- **Rebuttal expert disclosure:**   **April 11, 2016**
- **Deposition schedule:**   **Beginning week of February 1, 2016**

SO ORDERED this 16th day of December, 2015

_____
John L. Kane
Senior United States District Judge