IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01335-JLK

THE PHILIP T. SHARPLES TRUST, by and through its trustees, the COLORADO STATE BANK AND TRUST, a wholly owned subsidiary of BOKF, NA, a national banking association, and the WYOMING BANK AND TRUST, a Wyoming corporation,

        Plaintiffs,

v.

BILL BARRETT CORPORATION, a Delaware corporation;
ENCORE ENERGY PARTNERS OPERATING, LLC, a Texas limited liability company;
VANGUARD NATURAL RESOURCES, LLC, a Delaware limited liability company; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

        Defendants.

## ORDER GRANTING SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER

This matter comes before the Court on the Parties' Second Joint Motion to Modify the Scheduling Order [ECF. No. 35], as amended by ECF No. 38, and the Court being fully advised in the premises, HEREBY GRANTS the motion (Doc. 41). The Scheduling Order is modified to reflect the following new deadlines:

- **Expert witness disclosure:**    **May 23, 2016**
- **Rebuttal expert disclosure:**    **June 27, 2016**

IT IS SO ORDERED.

Dated: February 23, 2016

_____
John L. Kane
Senior U.S. District Court Judge